JS6

**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YANXIA SHEN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>DIRECTOR OF THE LOS ANGELES ASYLUM, ET AL.<br><br>　　　　Defendants. | No. 2:23-cv-01616-RGK-AFMx<br><br>[~~PROPOSED~~]<br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION** [15]<br><br>Hon. R. Gary Klausner<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until April 19, 2024. The Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. Counsel are to properly motion this Court to place this action back on active status upon the termination of the stay.

All pending dates and hearings are vacated and taken off-calendar.

Dated: 5/3/2023　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE